# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NICHOLAS GIZA
                Plaintiff

   v.

Civil Action No.  3:22-cv-391

ARNOLD, *Sgt.*

RON NEAL
TERMINATED: 08/03/2022

                Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Jon E. DeGuilio

DATE: 2/28/2023                        CHANDA J. BERTA, ACTING CLERK OF COURT

                                                    by   s/ S. Jarrell
                                                    *Signature of Clerk or Deputy Clerk*